| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>MCNAMEE, STEPHEN M. | 2. Court or Organization<br><br>US DISTRICT COURT OF ARIZONA | 3. Date of Report<br><br>09/19/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE SENIOR STATUS - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>SANDRA DAY O'CONNOR US COURTS<br>401 WEST WASHINGTON STREET SPC 60<br>PHOENIX AZ 85003-2158 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | UNIVERSITY OF ARIZONA COLLEGE OF LAW BOARD OF VISITORS |
| 2. | MEMBER | UNIVERSITY OF ARIZONA LAW COLLEGE ASSOCIATION |
| 3. | MEMBER | UNIVERSITY OF CINCINNATI ALUMNI BOARD OF DIRECTORS HOUSING COMMITTEE |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 09/19/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | STATE OF ARIZONA TAX REFUND | $5,358.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | ST LUKES HEALTH INITIATIVE - SALARY |
| 2. 2012 | HEALTH CARE EXCEL - BOARD MEMBER |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 09/19/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MERRILL LYNCH ▮▮▮ MASTER ACCOUNT (fka CMA BANKING ACCOUNT) | A | Int./Div. | J | T | | | | | |
| 2. IBM COMMON STOCK) | A | Dividend | J | T | | | | | |
| 3. INTERNATIONAL RECTIFIER COMMON STOCK | | None | J | T | | | | | |
| 4. FAIRFIELD ESTATES FLAGSTAFF AZ | | None | J | W | | | | | |
| 5. MARRIOT CANYON VILLAS | | None | J | W | | | | | |
| 6. ST LUKES 403(B)7 (H) | B | Dividend | M | T | | | | | |
| 7. -VANGUARD 500 INDEX FD | | | | | | | | | |
| 8. WELLS FARGO CKG | A | Interest | J | T | | | | | |
| 9. US BANK CKG | A | Interest | J | T | | | | | |
| 10. US BANK CKG | A | Interest | K | T | Open | 01/01/12 | K | | |
| 11. US BANK SVGS | A | Interest | M | T | Open | 01/01/12 | M | | |
| 12. IRA - US BANK PHOENIX AZ - CD | A | Interest | J | T | | | | | |
| 13. IRA - US BANK PHOENIX AZ - CD | A | Interest | J | T | | | | | |
| 14. MERRILL LYNCH - IRA #1 (H) | B | Int./Div. | K | T | | | | | |
| 15. - FIA CARD SVCS | | | | | | | | | |
| 16. - CD MORGAN STANLEY | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. - AMER FUNDS AMERICAN HIGH INCOME TRUST FD CL F2 (AHIFX) | | | | | | | | | |
| 18. - AMERICAN CAPITAL WORLD BOND FUND CL F2 (BFWFX) | | | | | | | | | |
| 19. - ISHARES IBOXX $ INVT GRADE CORP BD FUND (LQD) | | | | | | | | | |
| 20. - ISHARES BARCLAYS AGENCY BOND FUND (AGZ) | | | | | | | | | |
| 21. MERRILL LYNCH - IRA #2 (H) | C | Int./Div. | M | T | | | | | |
| 22. - FIA CARD SVCS (IIAXX) | | | | | Sold (part) | 01/10/12 | J | | |
| 23. - CURRENCY SHARES AUSTRALIAN (FXA) | | | | | Buy | 02/06/12 | J | | |
| 24. | | | | | Buy (add'l) | 09/10/12 | J | | |
| 25. | | | | | Sold (part) | 05/24/12 | J | | |
| 26. | | | | | Sold | 10/29/12 | J | | |
| 27. - CURRENCY SHARES BR ETF (FXB) | | | | | Buy | 05/24/12 | J | | |
| 28. | | | | | Sold | 09/10/12 | J | A | |
| 29. - CURRENCY SHARES CAN - ETF (FXC) | | | | | Buy | 10/29/12 | J | | |
| 30. - CURRENCY SHARES JAPANESE YEN | | | | | Sold | 02/06/12 | J | A | |
| 31. - PWRSHARES ETF DYNAMIC LEISURE (PEJ) | | | | | Sold (part) | 09/10/12 | J | B | |
| 32. - PWRSHARES DYNAMIC PHARM (PJP) | | | | | Sold (part) | 09/10/12 | J | | |
| 33. - PWRSHARES DYNAMIC RETAIL (PMR) | | | | | Buy | 09/05/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. - PWRSHARES DYNAMIC BLDG AND CONS (PKB) | | | | | Buy | 10/29/12 | J | | |
| 35. - PWRSHARES ETF (PTH) | | | | | Buy | 09/10/12 | K | | |
| 36. - PWRSHARES ETF (PEZ) | | | | | Buy | 07/25/12 | K | | |
| 37. - PWRSHARES NASDAQ INT (PNQI) | | | | | | | | | |
| 38. - PWRSHARES ETF (PXI) | | | | | Sold | 05/24/12 | K | | |
| 39. - PWRSHARES ETF (KBWD) | | | | | Sold | 10/29/12 | K | | |
| 40. - SPDR INDEX SHS FDS (IPS) | | | | | | | | | |
| 41. - SPDR INDEX SHS FDS (IPD) | | | | | | | | | |
| 42. - SPDR INDEX SHS FDS (IPN) | | | | | | | | | |
| 43. - VANGUARD LARGE CAP (VV) | | | | | | | | | |
| 44. - VANGUARD GROWTH (VUG) | | | | | | | | | |
| 45. - VANGUARD MSCI (VWO) | | | | | | | | | |
| 46. - VANGUARD MID-CAP VAL IDX (VOE) | | | | | | | | | |
| 47. MERRILL LYNCH - IRRA #1 (H) | B | Int./Div. | L | T | | | | | |
| 48. - FIA CARD SVCS (IIAXX) | | | | | Buy (add'l) | 01/06/12 | J | | |
| 49. - EATON VANCE FLOATING RATE FUND (EIBLX) | | | | | | | | | |
| 50. - ISHARES IBOXX $ INVT GRADE CORP BD FUND (LQD) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. - ISHARES BARCLAY AGENCY BOND FUND (AGZ) | | | | | | | | | |
| 52. - PIMCO FOREIGN BOND FUND (PFBPX) | | | | | | | | | |
| 53. - SPDR GOLD TRUST (GLD) | | | | | | | | | |
| 54. - CD BLOOMFIELD STATE BANK | | | | | Redeemed | 01/05/12 | J | A | |
| 55. - PWRSHARES ETF DYN FOOD AND BEV (PBJ) | | | | | Sold | 09/10/12 | K | A | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 09/19/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

IN PART VII, LINE 55 - INADVERTENTLY OMITTED SALE TRANSACTION AS NOW REPORTED.

IN PART VII, POWERSHARES ETF TR DYNAMIC NETWORKING PORTFOLIO IS NOT REPORTED IN THE 12/31/2012 REPORTING PERIOD AS ITEM WAS SOLD IN PRIOR REPORTING PERIOD (11/15/11) AND SO REPORTED AT LINE 40. THE TRANSACTION WAS INCORRECTLY NOTED AS A "PART" SALE.

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M. | 09/19/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ STEPHEN M. MCNAMEE

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544